# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: MICHELLE LYNN DAMICO § Case No. 11-30387
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/12/2012 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
## EASTERN DIVISION

In re: MICHELLE LYNN DAMICO § Case No. 11-30387
§ Hon. CAROL A. DOYLE
§ Chapter 7
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $9,596.00 |
| *and approved disbursements of* | $5.61 |
| *leaving a balance on hand of* [1] | $9,590.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $9,590.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,709.60 | $0.00 | $1,709.60 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $8.88 | $0.00 | $8.88 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $675.00 | $0.00 | $675.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Charges, <u>U.S. Bankruptcy Court</u> | |
| Fees, <u>United States Trustee</u> | |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,393.48 |
| Remaining balance: | $7,196.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,196.91 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $7,196.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,407.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions assignee of HSBC | $825.25 | $0.00 | $154.64 |
| 2 | Atlas Acquisitions assignee of GE Capital | $7,437.67 | $0.00 | $1,393.69 |
| 3 | Midland Credit Management | $340.80 | $0.00 | $63.86 |
| 4 | Midland Credit Management | $615.07 | $0.00 | $115.25 |
| 5 | Midland Credit Management | $13,274.80 | $0.00 | $2,487.47 |
| 6 | World Financial Network Natl Bank | $490.71 | $0.00 | $91.95 |
| 7 | American InfoSource LP agent for Target | $4,460.12 | $0.00 | $835.75 |
| 8 | American Express Centurion Bank | $1,570.75 | $0.00 | $294.33 |
| 9 | American InfoSource LP agent for Asset Acceptance | $6,695.66 | $0.00 | $1,254.65 |
| 10 | American InfoSource LP agent for Asset Acceptance | $2,696.73 | $0.00 | $505.32 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $7,196.91 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                              Case No. 11-30387-CAD
Michelle Lynn Damico                                                Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner                 Page 1 of 3                  Date Rcvd: Dec 21, 2011
                              Form ID: pdf002               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2011.
db           +Michelle Lynn Damico,    3725 N. Hawthorne St.,    Schiller Park, IL 60176-2412
17585036     +Amalgamated Bk Chicago,    1 W Monroe St,    Chicago, IL 60603-5384
18017118      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17585037     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17585039      Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE  19713
17585040     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17585041     +Chase,   2500 Westfield Dr,    Elgin, IL 60124-7836
17585043     +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
17585044     +Client Services Inc,    3451 Harry S Truman Road,    St Charles, MO 63301-9816
17585034     +Damico Michelle Lynn,    3725 N Hawthorne St,    Schiller Park, IL 60176-2412
17585046     +Firstsource Fin Soluti,    7650 Magna Dr,    Belleville, IL 62223-3366
17585047     +G M A C,   15303 S 94th Ave,    Orland Park, IL 60462-3825
17585052     +Gmac Hm Eq,    Po Box 4622,    Waterloo, IA 50704-4622
17585053     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
17585055     +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
17585056     +Hsbc Bank,    Pob 98706,    Las Vegas, NV 89193-8706
17585057     +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
17585058     +Lasalle National N A,    3985 N Milwaukee Ave,    Chicago, IL 60641-2704
17585064    ++MARLIN MEDCLR INOVISION,     507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco Fin/55,     Po Box 13570,    Philadelphia, PA  19101)
17585035     +Matthew J Ryan,    3101 N Rose St,    Franklin Park, IL 60131-2713
17585060     +Mb Financial,    6111 North River R,    Des Plaines, IL 60018-5111
17585062     +Monterey Financial Svc,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
17585063     +Nbgl-carsons,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
17585066     +Plunkett Furniture,    Po Box 10475,    Des Moines, IA 50306-0475
17585068     +Sears/cbna,    701 East 60th St N,    Sioux Falls, SD 57104-0432
17585070     +Steven J. Fink & Assoc. PC,    25 E. Washington, Ste. 1233(A),    Chicago, IL 60602-1876
17585071     +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
17585072     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
17585073    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,     Po Box 5227,    Cincinnati, OH  45201)
17585074     +Wfnnb/express,    Po Box 182789,    Columbus, OH 43218-2789
17585075     +Wfnnb/victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18033154      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2011 04:46:30
               American InfoSource LP as agent for,    Asset Acceptance as assignee of,
               Chase Bank/Heritage Chase,    PO Box 248838,    Oklahoma City, OK  73124-8838
17849824      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2011 04:46:30
               American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
17585038     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 22 2011 03:25:57     Asset Acceptance Llc,
               Po Box 2036,    Warren, MI 48090-2036
17684719     +E-mail/Text: bnc@atlasacq.com Dec 22 2011 03:27:42     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
17585042     +E-mail/Text: BK.Notifications@jpmchase.com Dec 22 2011 03:25:48     Chase Auto,
               2000 Marcus Avenue,    New Hyde Park, NY 11042-1036
17585045     +E-mail/Text: swilloughby@firstbt.com Dec 22 2011 03:26:52     First Bank  And  Trust,
               820 Church Street,    Evanston, IL 60201-3764
17585048     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2011 04:48:50     Gemb/jcp,    Po Box 965005,
               Orlando, FL 32896-5005
17585049     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2011 04:48:50     Gemb/lundstrom,    Po Box 981439,
               El Paso, TX 79998-1439
17585050     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2011 04:48:50     Gemb/sams Club,    Po Box 981400,
               El Paso, TX 79998-1400
17585051     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2011 04:48:50     Gemb/sams Club Dc,    Po Box 965005,
               Orlando, FL 32896-5005
17585054     +E-mail/Text: mercedese.d.lester@gtservicing.com Dec 22 2011 03:28:03     Green Tree Servicing L,
               Po Box 6172,    Rapid City, SD 57709-6172
17585059     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 22 2011 03:24:56     Lvnv Funding Llc,
               P.o. B   10584,    Greenville, SC 29603-0584
17739105     +E-mail/Text: brenden.magnino@mcmcg.com Dec 22 2011 03:26:03     Midland Credit Manangement, Inc.,
               8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
17585061     +E-mail/Text: brenden.magnino@mcmcg.com Dec 22 2011 03:26:03     Midland Credit Mgmt,
               8875 Aero Dr,    San Diego, CA 92123-2255
17585065     +E-mail/Text: bankrup@nicor.com Dec 22 2011 03:25:06     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
17585067     +E-mail/Text: SBONNEMA@ROGENT.COM Dec 22 2011 03:26:45     Rogers  And  Hol,    Po Box 879,
               Matteson, IL 60443-0879
17585069     +E-mail/Text: bankruptcy@sw-credit.com Dec 22 2011 03:29:38     Southwest Credit Syste,
               5910 W Plano Pkwy Ste 10,    Plano, TX 75093-2202
17799743      E-mail/Text: bnc-alliance@quantum3group.com Dec 22 2011 03:29:28
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 18
```

```
District/off: 0752-1          User: cturner              Page 2 of 3              Date Rcvd: Dec 21, 2011
                              Form ID: pdf002           Total Noticed: 49

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2011**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: cturner              Page 3 of 3                  Date Rcvd: Dec 21, 2011
                              Form ID: pdf002            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2011 at the address(es) listed below:
          Allan J DeMars   on behalf of Trustee Allan DeMars alland1023@aol.com
          Allan J DeMars    alland1023@aol.com
          Christopher R Murphy   on behalf of Creditor  GMAC Mortgage, LLC cmurphy@fisherandshapirolaw.com,
           BK_IL_Notice@fisherandshapirolaw.com
          Matthew J Ryan   on behalf of Debtor Michelle Damico mr60131@yahoo.com,  regina-ryan@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                              TOTAL: 5